WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>April L. Kirby,<br><br>        Defendant. | CR-07-01208-PHX-GMS<br><br><br><br>**ORDER** |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on December 9, 2008.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily admitted that she violated allegation 1 of the petition pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of her release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or combination of conditions of release if Defendant were released.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 9th day of December, 2008.

Lawrence O. Anderson
United States Magistrate Judge